Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
REGINALD SHAUN CARTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-11-0291-SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | MODIFYING TERMS OF RELEASE |
| v. ) | TO ALLOW ADDITIONAL TIME |
| ) | FOR POSTING OF PROPERTY |
| REGINALD SHAUN CARTER, et al., ) | |
| ) | |
| Defendants. ) | |

Upon stipulation of the government and defendant, the conditions of release for defendant, REGINALD SHAUN CARTER, shall be modified as follows:

The time for filing of the documents in support of the property bond shall be extended from June 2, 2011 to June 16, 2011. The reason for this extension in that the real property being posted in support of defendant's release is owned by his parents and is located in Texas. His parents, who are also sureties on the bond, have not been able to obtain the necessary documents for posting by June 2, 2011.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: June 1, 2011

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　JAMES C. MANN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND ORDER

1

SO STIPULATED.

Dated: June 1, 2011

          /s/
GEORGE C. BOISSEAU

Attorney for Defendant
REGINALD SHAUN CARTER

### ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the time for filing of the documents in support of the property bond shall be extended from June 2, 2011 to June 16, 2011.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO ORDERED.

Dated: 6/6/11

HON. DONNA M. RYU
U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER