Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
REGINALD SHAUN CARTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>REGINALD SHAUN CARTER, et al.,<br><br>  Defendants. | CR-11-0291-SBA<br><br>STIPULATION AND ORDER MODIFYING TERMS OF RELEASE TO ALLOW ADDITIONAL TIME FOR POSTING OF PROPERTY |

Defendant REGINALD SHAUN CARTER has been released to New Bridge Foundation, a drug treatment program, as a condition of his pretrial release. His parents, who have signed the personal surety bond as sureties, have agreed to post their property in Texas as security. They have obtained a preliminary title report and an appraisal. However, they have been unable so far to get a title company to prepare a deed of trust made out to the Clerk of Court. This Court has set a bail review hearing on July 15, 2011 at 10:00 in the morning to review defendant's status in the drug treatment program. The posting of the property should be complete within the next two weeks but, out of an abundance of caution, the undersigned is requesting an extension to post the property until July 15, 2011.

Upon stipulation of the government and defendant, the conditions of release for defendant, REGINALD SHAUN CARTER, shall be modified as follows:

The time for filing of the documents in support of the property bond shall be extended from June 16, 2011 to July 15, 2011. The reason for this extension is that the real property

STIPULATION AND ORDER

1

being posted in support of defendant's release is owned by his parents and is located in Texas and the parents have not been able to obtain the necessary documents for posting by June 16, 2011.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: June 16, 2011

/s/
GARTH HIRE
Assistant United States Attorney

SO STIPULATED.

Dated: June 16, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
REGINALD SHAUN CARTER

ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the time for filing of the documents in support of the property bond shall be extended from June 16, 2011 to July 15, 2011.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO ORDERED.

Dated:  6/17/2011

HON. LAUREL BEELER FOR
HON. DONNA M. RYU
U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER