1  Law Offices of
   GEORGE C. BOISSEAU, CSB 75872
2  740 4th Street
   Second Floor
3  Santa Rosa, California 95404
   Phone: (707) 578-5636
4  Fax: (707) 578-1141
   E-Mail: boisseaugc@msn.com
5
   Attorney for Defendant
6  REGINALD SHAUN CARTER

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )    CR-11-0291-SBA
10                                  )
           Plaintiff,                )    STIPULATION AND ORDER
11                                  )    CONTINUING SENTENCING
   v.                                )
12                                  )
   REGINALD SHAUN CARTER, et al.,   )
13                                  )
           Defendants.               )
14  _____)

15

16     Upon request of the defendant, REGINALD SHAUN CARTER, because his counsel

17  is engaged in a jury trial which has delayed preparation for sentencing, and upon agreement of

18  the government and the United States Probation Department,

19     The sentencing hearing now set for December 15, 2011, is hereby continued to

20  Thursday, February 2, 2012, at 10:00 o'clock in the morning.

21     SO STIPULATED.

22     Dated: November 28, 2011

23

24                                          _____/s/_____
                                            GEORGE C. BOISSEAU
25
                                            Attorney for Defendant
26                                          REGINALD SHAUN CARTER

27

28

STIPULATION AND ORDER
                                        1

1   SO STIPULATED.
2        Dated: November 28, 2011

3                                                    /s/
                                            JAMES C. MANN
4                                           Assistant United States Attorney

6                                    ORDER
7        GOOD CAUSE APPEARING, upon stipulation of the parties, the sentencing hearing
8   now set for December 15, 2011, is hereby continued to Thursday, February 2, 2012, at 10:00
9   o'clock in the morning.
10       SO ORDERED.
11       Dated: 11/29/11

                                            HON. SAUNDRA B. ARMSTRONG
                                            U.S. DISTRICT COURT JUDGE
                                            NORTHERN DISTRICT OF
                                            CALIFORNIA

STIPULATION AND ORDER
2