Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
REGINALD SHAUN CARTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>REGINALD SHAUN CARTER, et al.,  )<br>  )<br>Defendants.  )<br>_____ ) | CR-11-0291-SBA<br><br>STIPULATION AND ORDER<br><u>CONTINUING SENTENCING</u> |

    Upon request of the defendant, REGINALD SHAUN CARTER, because his counsel is engaged in a jury trial and is unavailable for the scheduled sentencing date, and upon agreement of the government and the United States Probation Department,

    The sentencing hearing now set for February 2, 2012, is hereby continued to Thursday, March 1, 2012, at 10:00 o'clock in the morning.

    SO STIPULATED.

    Dated: January 25, 2012


                                                                                  /s/
                                        GEORGE C. BOISSEAU

                                        Attorney for Defendant
                                        REGINALD SHAUN CARTER

STIPULATION AND ORDER

1

1  SO STIPULATED.
2         Dated: January 25, 2012

3                                                              /s/
                                                    JAMES C. MANN
4                                                   Assistant United States Attorney

5

6                                        ORDER
7         GOOD CAUSE APPEARING, upon stipulation of the parties, the sentencing hearing
8  now set for February 2, 2012, 2011, is hereby continued to Thursday, March 1, 2012, at 10:00
9  o'clock in the morning.
10        SO ORDERED.
11        Dated: 1/27/12

12

13                                                  [signature: Saundra B Armstrong]
                                                    HON. SAUNDRA B. ARMSTRONG
14                                                  U.S. DISTRICT COURT JUDGE
                                                    NORTHERN DISTRICT OF
15                                                  CALIFORNIA

STIPULATION AND ORDER
                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 4:11-cr-00291-SBA Document 368 Filed 01/30/12 Page 3 of 3

STIPULATION AND ORDER